IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SEAN BOUVIER FULCE,

      Appellant,

 v.                      Case No.  5D21-2654
                               LT Case No. 2014-CF-866-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 7, 2022

3.850 Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Matthew J. Metz, Public Defender, and
George D.E. Burden, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


COHEN, WALLIS and NARDELLA, JJ., concur.